IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONI WOOD**, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. _____ |
| **GENERAL DYNAMICS** | ) |
| **INFORMATION TECHNOLOGY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Local Rule 7.1 Certificate

I, the undersigned, counsel of record for Defendant General Dynamics Information Technology, certify that to the best of my knowledge and belief, General Dynamics Information Technology is a wholly owned subsidiary of General Dynamics Corporation which has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____  /s/ Michael J. Murphy\_\_\_\_
Michael J. Murphy, DC Bar No. 421287
Denise E. Giraudo, DC Bar No. 499348
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, DC  20006
202.887.0855

*Counsel for General Dynamics Information Technology*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2012, I caused a copy of the foregoing document to be served via ECF and U.S. Mail, first-class postage pre-paid to the following:

Morris E. Fischer, Esq.
Morris E. Fischer, LLC
1400 Spring St., Suite 350
Silver Spring, MD 20910

/s/ Denise E. Giraudo
Denise E. Giraudo